## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-05847-SVW-AS | Date | October 9, 2024 |
|---|---|---|---|
| Title | *Oasis Tarzana, LLC v. Premera Blue Cross of Alaska et al* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER DISMISSING CASE FOR LACK OF PROSECUTION AND FAILURE TO APPEAR BY PLAINTIFF'S COUNSEL; ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE SANCTIONED.

Pursuant to two of this Court's orders, two status conferences were set in this case. ECF No. 8, 13. At the first status conference, set for August 26, 2024, Plaintiff's attorney, Isaac Dillon, made no appearance, and the Court set a further status conference for September 9, 2024, and indicated it would issue an order to show cause why Mr. Dillon should not be sanctioned for failing to appear. ECF No. 13. At the second status conference, Plaintiff's counsel again made no appearance, and the Court ordered the case dismissed for lack of prosecution and for failure to appear by plaintiff's counsel. ECF No. 14.

Under the Federal Rules of Civil Procedure, a court may on motion or on its own sanction an attorney who "fails to appear at a scheduling or other pretrial conference." Fed. R. Civ. P. 16(f)(1)(A). In so doing, "the court must order the party, its attorney, or both to pay the reasonable expenses-- including attorney's fees—incurred… unless the noncompliance was substantially justified." Fed. R. Civ. P. 16(f)(2). Here, Mr. Dillon failed to appear at not one, but two status conferences, certainly invoking the rule.

Accordingly, Mr. Dillon is ORDERED to show cause why sanctions should not issue against him. Mr. Dillon has up to and including October 23, 2024 to respond to this order.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | PMC |